Our File No.: 9086/SHV
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
*Attorneys for Defendant*
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AFROZE TEXTILE INDUSTRIES (PRIVATE) LTD.,<br><br>                              Plaintiff,<br>      -against-<br><br>SUTTON APPAREL GROUP, LTD. and Geologistics Americas Inc. d/b/a "Agility"<br><br>                              Defendants. | Civil Action No.: **08 cv 0243**<br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GEOLOGISTICS AMERICAS INC. d/b/a/ Agility certifies that the aforementioned company is a wholly owed subsidiaries of PUBLIC WAREHOUSE COMPANY a/k/a AGILITY HOLDINGS which is not publicly traded in the United States.

Dated: New York, New York
January 31, 2008

                                            CICHANOWICZ, CALLAN, KEANE,
                                            VENGROW & TEXTOR, LLP
                                            61 Broadway, Suite 3000
                                            New York, New York 10006
                                            Attorney for Defendant *GeoLogistics/Agilty*

                                            By:   <u>S/ Stephen Vengrow</u>
                                                       Steven H. Vengrow (3479)