UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFROZE TEXTILE INDUSTRIES (PRIVATE) LTD.   :

              Plaintiff,   :

      v.   :   Civil Action

SUTTON APPAREL GROUP, LTD. and   :   Case No. 08-cv-0243
GEOLOGISTICS AMERICAS, INC. d/b/a "Agility",

              Defendant.   :

---

## Answer to Complaint

Sutton Apparel Group, Ltd. ("SAG") Answers the Complaint, through its attorney, as follows:

### Jurisdiction and Venue

1) Defendant SAG admits paragraphs 1 to 6.

### Count I

2) SAG admits paragraph 7.

3) SAG denies paragraphs 8 to 11.

### Count II

4) SAG denies paragraphs 12 and 13.

### Count III

5) SAG denies paragraphs 14 and 15.

### Count IV

6) SAG denies paragraphs 16 and 17.

### Affirmative Defenses

7) The amount of the invoices do not add up to $188,902 as claimed by Plaintiff. They add up to $110,036, and include the following amounts: $26,112; $28,800; $37,854, and $17,270.

8) The merchandise on Invoice Nos. 786/2697/2007 (in the amount of $26,112) and 786/2724/2007 (in the amount of $28,800) were defective and irregulars, and SAG notified Plaintiff of this.

9) The shipments on Invoice Nos. 786/2851/2007 and 786/2992/2007 in the amount of $37,854 and $17,270 were late and cancelled by SAG, which is supported by emails sent by SAG to Plaintiff.

10) SAG received back merchandise from its retail customers because the goods were late and/or defective, so that SAG was not paid for the merchandise.

Wherefore, the Complaint should be dismissed, and defendant SAG should be awarded its costs and legal fees, and all other relief the Court may deem fair and equitable.

Respectfully submitted,

EZRA SUTTON
Attorney for Sutton Apparel Group, Ltd.

MARCH 14, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AFROZE TEXTILE INDUSTRIES (PRIVATE) LTD.   :

    Plaintiff,   :

    v.   :   Civil Action

SUTTON APPAREL GROUP, LTD. and   :   Case No. 08-cv-0243
GEOLOGISTICS AMERICAS, INC. d/b/a "Agility",

    Defendant.   :

---

### CERTIFICATE OF SERVICE

On behalf of the Defendant, Sutton Apparel Group, Ltd., we are hereby serving you by fax and mail with the Answer to Complaint and the Affirmative Defenses on March 18, 2008 as follows:

    Michael L. Shanker, Esq.
    101 Front Street
    Mineola, New York 11501-4402
    Fax No.: (516) 741-4665

_____
Michele D. Prusakowski