# SHANKER LAW GROUP
— ATTORNEYS & COUNSELLORS —

101 Front Street
Mineola, New York
11501.4402
Tel. 516.741.4000
Fax 516.741.4665

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08
```

May 8, 2008

**VIA FACSIMILE TRANSMISSION**
*(Hard copy to follow via U.S. mail)*

The Honorable William H. Pauley, III
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Afroze Textile Industries (Private) Ltd. v. Sutton Apparel Group et al.*
      Case No. 08-CIV-243
      Our File Number: 2036/002

Dear Judge Pauley:

I am an associate of Shanker Law Group, the attorneys for plaintiff, in connection with the above-referenced matter. This letter is being written to respectfully request an adjournment of the Preliminary Conference scheduled for tomorrow, May 9, 2008.

My office has three (3) attorneys, myself and two (2) others. The other two (2) attorneys are in the middle of a trial, and I have a trial and appearance required on an Order to Show Cause, scheduled for May 9th already. We believed the trial that is ongoing in The Supreme Court of the State of New York, County of Bronx, would have been completed by now, but it has not. Hence, the instant application became necessary.

I have already obtained the consent of all parties, by Ezra Sutton, Esq. attorney for defendant Sutton Apparel Group and Jessica DeVivo, Esq., attorney for defendant Geologistics Americas Inc. We have all agreed to a new date of June 6, 2008 at 11:00 a.m., if said date and time is acceptable to Your Honor.

Thank you for your courtesy and cooperation herein.

Very truly yours,

Neil A. Bloom

NAB/nb
cc (via facsimile transmission): Jessica DeVivo, Esq.
cc (via facsimile transmission): Ezra Sutton, Esq.

*Application granted. The initial pre-trial conference is adjourned to June 26,*
SO ORDERED: *2008 at 11:30 a.m.*

WILLIAM H. PAULEY III  U.S.D.J.
5/22/08