```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                          :
AFROZE TEXTILE INDUSTRIES                                 :
(PRIVATE) LTD.,                                           :
                                                          :
           Plaintiff,         :    08 Civ. 243 (WHP)
                                                          :
           -against-         :    SCHEDULING ORDER NO. 1
                                                          :
SUTTON APPAREL GROUP, LTD., and                           :
GEOLOGISTICS AMERICAS INC.,                               :
                                                          :
           Defendants.        :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on June 26, 2008, the following schedule is established on consent:

1. The parties shall join any necessary parties by September 15, 2008;

2. All discovery shall be completed by November 14, 2008;

3. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by December 12, 2008; and

4. The court will hold a final pre-trial conference on December 19, 2008 at 9:45 a.m.

Dated: June 26, 2008
      New York, New York

                                 SO ORDERED:

                               WILLIAM H. PAULEY III
                                   U.S.D.J.

*Copy mailed to:*

Michael L. Shanker, Esq.
Shanker Law Group
101 Front Street
Mineola, NY 11501
*Counsel for Plaintiffs*