UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
AFROZE TEXTILE INDUSTRIES
(PRIVATE) LTD.,,
:
        Plaintiff,          :   08 Civ. 243 (WHP)

        -against-           :   ORDER REFERRING CASE
                                TO MAGISTRATE JUDGE
                            :
SUTTON APPAREL GROUP, LTD. and
GEOLOGISTICS AMERICAS INC.,  :

                            :
        Defendants.
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__X__ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____
All such motions: ____

====================================================================
* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: June 26, 2008
       New York, New York

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        WILLIAM H. PAULEY III

*Counsel of Record:*

Michael L. Shanker, Esq.
Shanker Law Group
101 Front Street
Mineola, NY 11501
*Counsel for Plaintiff*

Stephen H Vengrow
Cichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006
*Counsel for Defendant Geologistics Americas Inc.*

Hon. Andrew J. Peck