UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/21/08
```

------------------------------------x

AFROZE TEXTILE INDUSTRIES (PRIVATE) LTD.,  :

           Plaintiff,  :     08 Civ. 0243 (WHP) (AJP)

      -against-  :  **ORDER OF DISMISSAL ON CONSENT**

SUTTON APPAREL GROUP, LTD. &  :
GEOLOGISTICS AMERICAS INC. d/b/a AGILITY,

           Defendants.  :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the settlement agreement reached by all parties and transcribed by the court reporter on July 21, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction pursuant to the terms of the parties' settlement, through June 30, 2009. Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:    New York, New York
           July 21, 2008

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies **by fax & ECF** to:    Neil A. Bloom, Esq.
                                    Jessica DeVivo, Esq.
                                    Ezra Sutton, Esq.
                                    Judge William H. Pauley III

C:\ORD\DISMISS